**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.** | : | **CASE NO. C-1-00 880** |
| | | **(consolidated with Case No. C-1-00 935)** |
| **Plaintiff,** | : | **JUDGE HERMAN J. WEBER** |
| v. | : | |
| **YUNG K. YU, et al.** | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **HUGH L. MARTIN, et al.** | : | **CASE NO. C-1-00 935** |
| **Plaintiffs,** | : | |
| v. | : | |
| **YUNG K. YU, et al.** | : | |
| **Defendants.** | : | |

**DEFENDANT, WAUSAU BUSINESS INSURANCE COMPANY'S MOTION TO REINSTATE CASE; DEFENDANT, WAUSAU BUSINESS INSURANCE COMPANY'S RENEWED MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant, Wausau Business Insurance Company, to move this Court to reinstate the above-captioned case, and to move this Court to enter judgment in favor of Wausau Business Insurance Company as a matter of law. The bases for these motions is set forth in the accompanying memorandum.

## **MEMORANDUM**

On January 14, 2003, this Court issued an Order staying the above-captioned case pending the Ohio Supreme Court's decision in the case of *Allen v. Johnson*. The Ohio Supreme Court decided *Allen v. Johnson* on November 5, 2003. A copy of the Decision is attached hereto as Exhibit A. On that same date, the Ohio Supreme Court decided *Westfield Insurance Company v. Galatis*, 100 Ohio St.3d ___, 2003-Ohio-5849. A copy of that Decision is attached hereto as Exhibit B. In *Galatis*, the Supreme Court rejected and overruled the *Scott-Pontzer* decision. Plaintiffs in this case rely upon *Scott-Pontzer* in pursing their claims against Wausau. Based upon the *Galatis* and *Allen* decisions, and incorporating by reference the argument, authority and factual support set forth in the previous motion for summary judgment filed by Wausau (including all supporting memoranda), Wausau moves this Court for summary judgment.

          s/Brian L. Wildermuth
          Brian L. Wildermuth (0066303)
          LAW OFFICES OF NICHOLAS E. SUBASHI
          The Oakwood Building
          2305 Far Hills Avenue
          Dayton, Ohio 45419
          Tel.: (937) 534-0500
          Fax: (937) 534-0505
          bwildermuth@nesubashi.com
          Attorney for Defendant Wausau Business
          Insurance Company

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy Paul Heather**
tpheather@byhlaw.com
Attorney for Plaintiff Allstate Insurance Company

      I hereby certify that I have mailed by U. S. Mail the document to the following non-CM-ECF participants:

**Charles H. Rittgers, Esq./James Dearie, Esq.**
RITTGERS & RITTGERS
12 East Warren Street
Lebanon, Ohio 45036
Attorneys for Plaintiffs Hugh and Mary Martin

**Michael R. Thomas, Esq.**
Ohio Academy of Trial Lawyers
5785 Far Hills Avenue
Dayton, Ohio 45429
Attorney for *Amicus Curiae*

                                       s/Brian L. Wildermuth
                                         Brian L. Wildermuth (0066303)
                                         LAW OFFICES OF NICHOLAS E. SUBASHI
                                         The Oakwood Building
                                         2305 Far Hills Avenue
                                         Dayton, Ohio 45419
                                         Tel.: (937) 534-0500
                                         Fax: (937) 534-0505
                                         bwildermuth@nesubashi.com
                                         Attorney for Defendant Wausau Business
                                         Insurance Company

C:\MyFiles\Nationwide\princeton csd\ReinstateCase.motion.doc