Only the Westlaw citation is currently available.

Supreme Court of Ohio.

ALLEN et al., Appellants and Cross-Appellees,

v.

JOHNSON et al., Appellees; Indiana Insurance Company et al., Appellees and

Cross-Appellants.

Nos. 2002-1126, 2002-1433.

Submitted May 13, 2003.

Decided Nov. 5, 2003.

Grisi & Riegler and Charles E. Grisi, for appellants and cross-appellees.
Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Daniel A. Richards, John G. Farnan and Edward T. Sylvester, for appellees and cross-appellants Indiana Insurance Co. and Consolidated Insurance Co.
Gallagher, Sharp, Fulton & Norman, D. John Travis and Timothy J. Fitzgerald, for appellee and cross-appellant Federal Insurance Co.
Janik & Dorman L.L.P., Steven G. Janik and Matthew J. Grimm, for appellee National Union Fire Insurance Co.
T.J. Snyder; Allen Schulman & Associates Co., L.P.A., Allen Schulman and Christopher Van Blargan, for amicus curiae, Ohio Academy of Trial Lawyers.

*1 {¶ 1} The judgment of the court of appeals is affirmed as to National Union Insurance Company and Federal Insurance Company on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d ----, 2003-Ohio-5849, --- N.E.2d ----.
{¶ 2} The judgment of the court of appeals is reversed and the judgment of the trial court in favor of Consolidated Insurance Company and Indiana Insurance Company is reinstated on the authority of *Westfield Ins. Co.* supra.
{¶ 3} Appellants' Proposition of Law No. 3 is dismissed as improvidently allowed.

MOYER, C.J., SUNDERMANN, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

RESNICK, FRANCIS E. SWEENEY, SR. and PFEIFER, JJ., dissent.

J. HOWARD SUNDERMANN JR., J., of the First Appellate District, sitting for COOK, J.
Ohio,2003.
Allen v. Johnson
2003 WL 22519124, 2003 WL 22519124 (Ohio)
END OF DOCUMENT

Copr. (C) West 2003 No Claim to Orig. U.S. Govt. Works