

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| Allstate Ins. Co., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. C-1-00-880 |
| | ) | |
| v. | ) | District Judge Herman J. Weber |
| | ) | |
| Yung K. Yu, et al., | ) | PLAINTIFFS HUGH AND |
| | ) | MARY MARTIN'S |
| Defendants. | ) | MOTION TO CONTINUE STAY |
| | ) | |

Come now Plaintiffs Hugh and Mary Martin, through the undersigned counsel, and move for a continued stay of the proceedings in this case until the Ohio Supreme Court issues its decision on three motions for reconsideration of the decision in *Westfield Insurance Company v. Galatis* (2003), 100 Ohio St.3d 216, 797 N.E.2d 1256. The basis for this motion is explained in the attached memorandum.

Respectfully submitted:

Charles H. Rittgers (0003020)
James A. Dearie (0071816)
12 East Warren Street
Lebanon, Ohio 45036
(513) 932-2115
Cincinnati Line: 459-0355

Attorneys for Plaintiffs
Hugh and Mary Martin

**RITTGERS & RITTGERS**
Attorneys at Law

12 East Warren Street
Lebanon, Ohio 45036
TEL (513) 932-2115
FAX (513) 934-2201
CINCINNATI LINE
(513) 459-0355

## MEMORANDUM

On or about November 10, 2003, Defendant Wausau Business Insurance Company ("Wausau") filed a Motion to Reinstate Case, and a Renewed Motion for Summary Judgment. On or about November 19, 2003, Wausau again filed a Renewed Motion for Summary Judgment. These motions are based on the recent Ohio Supreme Court decisions in *Westfield Insurance Company v. Galatis* (2003), 100 Ohio St.3d 216, 797 N.E.2d 1256 and *Allen v. Johnson*, which relies on *Galatis*.

The undersigned counsel has confirmed with the Ohio Supreme Court that three motions for reconsideration of the *Galatis* decision have been filed and are currently pending before the Ohio Supreme Court. Before granting Wausau's motions, this Court should await the Ohio Supreme Court's decision on the motions to reconsider. There were three separate opinions written in the *Galatis* case, and it is possible that the Ohio Supreme Court's ruling will change.

For all of the foregoing reasons, the Martins move this Court to continue the stay of proceedings in this case until after the Ohio Supreme Court's decision on the motions to reconsider of the *Galatis* decision.

Respectfully submitted,

RITTGERS & RITTGERS

Charles H. Rittgers, #0003020
James A. Dearie #0071816
Attorneys for the Plaintiffs

RITTGERS & RITTGERS
Attorneys at Law

12 East Warren Street
Lebanon, Ohio 45036
TEL (513) 932-2115
FAX (513) 934-2201
CINCINNATI LINE
(513) 459-0355

2

## Certificate of Service

I hereby certify that a true copy of the foregoing has been served upon Brian Wildermuth, Attorney for Defendant Wausau Business Insurance Company, 2305 Far Hills Avenue, Dayton, Ohio 45419, and Timothy P. Heather, Attorney for Allstate Insurance Company, at Benjamin, Yocum & Heather, LLC, 312 Elm St., Suite 1850, Cincinnati, Ohio 45202, and Michael Thomas, Attorney for Amicus Curiae, Ohio Academy of Trial Lawyers, 5785 Far Hills Avenue, Dayton, Ohio 45429, by ordinary U.S. Mail this 10th day of December, 2003.

_____
James A. Dearie

**RITTGERS & RITTGERS**
Attorneys at Law

12 East Warren Street
Lebanon, Ohio 45036
TEL (513) 932-2115
FAX (513) 934-2201
CINCINNATI LINE
(513) 459-0355