IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **ALLSTATE INSURANCE CO.** | : | **CASE NO. C-1-00 880** |
| | | **(consolidated with Case No. C-1-00 935)** |
| Plaintiff, | : | **JUDGE HERMAN J. WEBER** |
| v. | : | |
| **YUNG K. YU, et al.** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **HUGH L. MARTIN, et al.** | : | **CASE NO. C-1-00 935** |
| Plaintiffs, | : | |
| v. | : | |
| **YUNG K. YU, et al.** | : | |
| Defendants. | : | |

**DEFENDANT, WAUSAU BUSINESS INSURANCE COMPANY'S
MOTION TO TERMINATE STAY**

Now comes Defendant, Wausau Business Insurance Company, to move this Court to terminate the stay and to rule upon Wausau's pending motion for summary judgment. The basis for this motion is set forth in the accompanying memorandum.

**MEMORANDUM**

On November 19, 2003, Wausau filed a second motion for summary judgment, premised upon the Ohio Supreme Court's decision in the *Galatis* case and the *Allen v. Johnson* case. On December 12, 2003, Plaintiffs filed a motion to continue the stay until after the Supreme Court of Ohio had ruled upon motions for reconsideration. The Supreme Court of Ohio has now overruled the motions for reconsideration. A copy of the Court's decision rejecting reconsideration in the *Galatis* case is attached hereto as Exhibit A. For the reasons more fully set forth in Wausau's second motion for summary judgment (filed November 19, 2003), Wausau is entitled to judgment as a matter of law. Wausau thus requests that the Court terminate the stay and rule upon the pending motion for summary judgment.

s/Brian L. Wildermuth
Brian L. Wildermuth (0066303)
LAW OFFICES OF NICHOLAS E. SUBASHI
The Oakwood Building
2305 Far Hills Avenue
Dayton, Ohio 45419
Tel.: (937) 534-0500
Fax: (937) 534-0505
bwildermuth@nesubashi.com
Attorney for Defendant Wausau Business
Insurance Company

## CERTIFICATE OF SERVICE

       I hereby certify that on February 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy Paul Heather**
tpheather@byhlaw.com
Attorney for Plaintiff Allstate Insurance Company

       I hereby certify that I have mailed by U. S. Mail the document to the following non-CM-ECF participants:

**Charles H. Rittgers, Esq./James Dearie, Esq.**
RITTGERS & RITTGERS
12 East Warren Street
Lebanon, Ohio 45036
Attorneys for Plaintiffs Hugh and Mary Martin

**Michael R. Thomas, Esq.**
Ohio Academy of Trial Lawyers
5785 Far Hills Avenue
Dayton, Ohio 45429
Attorney for *Amicus Curiae*

       <u>s/Brian L. Wildermuth</u>
       Brian L. Wildermuth (0066303)
       LAW OFFICES OF NICHOLAS E. SUBASHI
       The Oakwood Building
       2305 Far Hills Avenue
       Dayton, Ohio 45419
       Tel.: (937) 534-0500
       Fax: (937) 534-0505
       bwildermuth@nesubashi.com
       Attorney for Defendant Wausau Business
       Insurance Company

F:\^CLIENT FILES\NATIONWIDE\Princeton CSD\TerminateStay.RenewMSJ.motion.doc