**Westlaw Download Summary Report**
**for**
**GROOMS, DIANA 3502259 Thursday, February 19, 2004 12:32:57 Central**

(C) 2004. Copyright is not claimed as to any part of the original work prepared by a U.S. government officer or employee as part of that person's official duties. All rights reserved. No part of a Westlaw transmission may be copied, downloaded, stored in a retrieval system, further transmitted or otherwise reproduced, stored, disseminated, transferred or used, in any form or by any means, except as permitted in the Westlaw Subscriber Agreement, the Additional Terms Governing Internet Access to Westlaw or by West's prior written agreement. Each reproduction of any part of a Westlaw transmission must contain notice of West's copyright as follows: "Copr. (C) 2004 West, a Thomson business. No claim to orig. U.S. govt. works."Registered in U.S. Patent and Trademark Office and used herein under license: KeyCite, Westlaw and WIN. WIN Natural Language is protected by U.S. Patent Nos. 5,265,065, 5,418,948 and 5,488,725.

| | |
|---|---|
| Request Created Date/Time: | Thursday, February 19, 2004 12:32:00 Central |
| Client Identifier: | PRINCETONCSD |
| Database: | ALLCASES |
| Citation Text: | 800 N.E.2d 752 (Table) |
| Query Text: | TI(GALATIS) |
| Lines: | 24 |
| Documents: | 1 |
| Images: | 0 |



(The decision of the Court is referenced in the North Eastern Reporter in a table captioned "Supreme Court of Ohio Motion Tables".)

Supreme Court of Ohio

Westfield Insurance Co.
v.
**Galatis**

**NO. 2002-0932**

December 24, 2003

**RECONSIDERATION OF PRIOR DECISIONS**

Summit App. No. 20784, 2002-Ohio-1502. Reported at 100 Ohio St.3d 216, 2003- Ohio-5849, 798 N.E.2d 1077. On motion for reconsideration, motion for reconsideration of Ohio Academy of Trial Lawyers, and motion for reconsideration of amicus curiae Bruce J. German. Motions denied.

F.E. Sweeney and Pfeifer, JJ., dissent.

Mary DeGenaro, J., of the Seventh Appellate District, sitting for Cook, J.

800 N.E.2d 752 (Table), 100 Ohio St.3d 1548, 2003-Ohio-6789

END OF DOCUMENT