UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALLSTATE INSURANCE CO., et al.,

        Plaintiffs,

    v.                                            Case Nos. C-1-00-880/
                                                    C-1-00-935
YUNG K. YU, et al.,                           (Consolidated)

        Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HUGH L. MARTIN, et al.,

        Plaintiffs,

    v.

YUNG K. YU, et al.,

        Defendants.

## ORDER

      The Court issued an Order on February 26, 2004, granting plaintiffs twenty days from the date of the Order to respond to defendant Wausau Business Insurance Company's renewed motion for summary judgment (doc. 52). Plaintiffs did not respond within the time allotted. Plaintiffs are therefore **ORDERED** to show cause, within **ten days** of the date of this Order, why defendant's motion should not be granted.

      **IT IS SO ORDERED.**

                                                        S/Herman J. Weber
                                                        HERMAN J. WEBER, SENIOR JUDGE
                                                        UNITED STATES DISTRICT COURT

J:\HJWA\00-880msjshcse.wpd