UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALLSTATE INSURANCE CO., et al.,

        Plaintiffs,

   v.                                   Case Nos. C-1-00-880/
                                           C-1-00-935
YUNG K. YU, et al.,                   (Consolidated)

        Defendants.

*******************************
HUGH L. MARTIN, et al.,

        Plaintiffs,

   v.

YUNG K. YU, et al.,

        Defendants.

## ORDER

      This Court issued an Order on February 26, 2004, granting plaintiffs twenty days from the date of the Order to respond to a renewed motion for summary judgment filed by defendant Wausau Business Insurance Company (Wausau) (doc. 52).[1] Plaintiffs did not respond within the time allotted. The Court therefore issued an Order dated April 28, 2004, ordering plaintiffs to show cause within ten days of the date of the Order why defendant's motion should not be granted. Plaintiffs have failed to respond to the Order.

---

[1] Defendant Yung K. Yu was dismissed from the lawsuit on March 20, 2002.

Accordingly, defendant Wausau's renewed motion for summary judgment is **GRANTED.** This case is **DISMISSED** and is **TERMINATED** on the docket of the Court at plaintiffs' cost.

**IT IS SO ORDERED.**

S/ Herman J. Weber
HERMAN J. WEBER, SENIOR JUDGE
 UNITED STATES DISTRICT COURT

J:\HJWA\00-880wopmsj.wpd