# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**ALLSTATE INSURANCE CO., et al,**

    Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.  C-1-00-880
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Consol. With: C-00-935)

**YUNG K. YU , et al,**

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**　　This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**x**　  **Decision by Court.**　　This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant Wausau's renewed Motion for Summary Judgment is  Granted.   This case is **DISMISSED and TERMINATED** on the docket of this Court at plaintiff's cost.

Date:　 May 17, 2004　　　　　　　　　　　　　　　　　　　　　JAMES BONINI.,  CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:s/   Darlene Maury
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Darlene Maury, Deputy Clerk